IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| BFJ HOLDINGS, INC. D/B/A CAPRI JEWELERS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:12cv681 |
| DIAMONDS DIRECT USA, INC., | ) ) ) |
| and | ) ) |
| ITAY BERGER, | ) ) |
| Defendants. | ) |

BRIEF IN SUPPORT OF MOTION FOR SETTLEMENT CONFERENCE REFERRAL

BFJ HOLDINGS, INC. D/B/A CAPRI JEWELERS, pursuant to E.D. Va. Loc. Civ. R. 7(F) and 83.6, respectfully submits this brief in support of its motion for settlement conference referral.

Case No. 3:12-cv-00303-HEH, the trademark case between the parties, has been referred to Judge Novak for settlement purposes. Even though the present case involves different legal issues, different facts and slightly different parties, it makes sense that the businesses on either side of both cases have combined settlement discussions.

BFJ HOLDINGS, INC. D/B/A CAPRI JEWELERS

By Counsel

/s/ Sandra M. Holleran
Christopher C. Spencer (VSB No. 21878)

Direct Dial: 804.285.5220
Email: cspencer@ohaganspencer.com
Sandra M. Holleran (VSB No. 28808)
Direct Dial: 804.285.5222
Email: sholleran@ohaganspencer.com
O'Hagan Spencer LLP
6806 Paragon Place, Suite 200
Richmond, VA 23230
Telephone: 804.285.5200
Facsimile: 804.285.5210
*Counsel for Plaintiff*
*BFJ Holdings, Inc. d/b/a Capri Jewelers*

Ian D. Titley (VSB No. 27531)
Schroder Fidlow, PLC
1901 E. Franklin Street, Suite 107
Richmond, VA 23233
Telephone: 804.364.0405
Facsimile: 800.906.7542
Email: idt@schroderfidlow.com
*Counsel for Plaintiff*
*BFJ Holdings, Inc. d/b/a Capri Jewelers*

CERTIFICATE OF SERVICE

  I hereby certify that on the 24th day of September 2012, the foregoing was served by electronic email and U.S. Mail on the following:

John R. Owen, Esq. (VSB No. 39560)
Julie S. Palmer, Esq. (VSB No. 65800)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
Telephone: 804.747.5200
Facsimile:  804.747.6085
jowen@hcww.com
jpalmer@hcww.com
*Counsel for Defendants*
*Diamonds Direct USA, Inc. and Itay Berger*

Raboteau T. Wilder, Esq.
(not admitted in Virginia)
Jackson R. Price, Esq.
(not admitted in Virginia)
Womble Carlyle Sandridge & Rice, PLLC
3500 One Wachovia Center

301 South College Street
Charlotte, NC 28202
Telephone: 704.331.4900
Facsimile:  704. 338.7855
rwilder@wcsr.com
japrice@wcsr.com
*Counsel for Defendants*
*Diamonds Direct USA, Inc. and Itay Berger*

/s/
Sandra M. Holleran (VSB No. 28808)
Direct Dial: 804.285.5222
sholleran@ohaganspencer.com
O'Hagan Spencer LLP
6806 Paragon Place, Suite 200
Richmond, VA 23230
Telephone: 804.285.5200
Facsimile: 804.285.5210
*Counsel for Plaintiff BFJ Holdings, Inc. D/B/A Capri Jewelers*