IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

BFJ HOLDINGS, INC. D/B/A CAPRI
JEWELERS,

        Plaintiff,

        v.

DIAMONDS DIRECT USA, INC., ITAY
BERGER, DIAMONDS DIRECT USA OF
RICHMOND, LLC, ANDIAMOND LLC D/B/A
HENRI DAUSSI, LTD., and JEFF LOOTS,

        Defendants.

C.A. No. 3:12CV681-HEH

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael W. Smith of the firm Christian & Barton LLP,

909 E. Main Street, Suite 1200, Richmond, Virginia, 23219, is hereby appearing as counsel of

record for Defendants Diamonds Direct USA, Inc., Itay Berger and Diamonds Direct USA of

Richmond, LLC in the above-captioned matter.

Date:   November 21, 2012            Respectfully submitted,

                          **DIAMONDS DIRECT, USA, INC.,
ITAY BERGER and DIAMONDS
DIRECT USA OF RICHMOND, LLC**

                          By Counsel

s/ Michael W. Smith
Michael W. Smith (VSB 01125)
msmith@cblaw.com
R. Braxton Hill, IV (VSB 41539)
bhill@cblaw.com
Nichole Buck Vanderslice (VSB 42637)
nvanderslice@cblaw.com
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219
Tel.:    (804) 697-4100
Fax:     (804) 697-4112

John R. Owen (VSB 39560)
jowen@hccw.com
Julie S. Palmer (VSB  65800)
jpalmer@hccw.com
HARMAN, CLAYTOR, CORRIGAN & WELLMAN
P.O. Box 70280
Richmond, Virginia 23255
Tel.:    (804) 747-5200
Fax:     (804) 747-6085

Raboteau T. Wilder, Jr., Esq. (not admitted in Virginia)
rwilder@wcsr.com
Jackson R. Price, Esq. (not admitted in Virginia)
JaPrice@wcsr.com
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
3500 One Wachovia Center
301 South College Street
Charlotte, NC 28202
Tel.:    (704) 331-4900
Fax:     (704) 338-7855

*ATTORNEYS FOR DIAMONDS DIRECT,*
*USA, INC., ITAY BERGER and DIAMONDS*
*DIRECT USA OF RICHMOND, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following counsel:

Christopher C. Spencer
cspencer@ohaganspencer.com
Sandra M. Holleran
sholleran@ohaganspencer.com
O'Hagan Spencer LLP
6806 Paragon Place, Suite 200
Richmond, VA 23230
Tel.:   (804) 285-5220
Fax:   (804) 285-5210

Ian Donald Titley
idt@schroderfidlow.com
Schroder Fidlow & Titley, PLC
1901 E Franklin St., Suite 107
Richmond, VA 23223
Tel.:   (804) 364-0405
Fax:   (800) 906-7542

*ATTORNEYS FOR PLAINTIFF*

s/ Michael W. Smith
Michael W. Smith (VSB 01125)
msmith@cblaw.com
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
*ATTORNEY FOR DIAMONDS DIRECT,*
*USA, INC., ITAY BERGER and DIAMONDS*
*DIRECT USA OF RICHMOND, LLC*

1333238