IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| BFJ HOLDINGS, INC. D/B/A CAPRI JEWELERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12CV681-HEH |
| ) | |
| DIAMONDS DIRECT USA, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

The parties who have appeared in this action, which are Plaintiff BFJ Holdings, Inc. D/B/A Capri Jewelers, and Defendants Diamonds Direct USA, Inc., Diamonds Direct USA of Richmond, LLC and Itay Berger, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, having advised the Court that they have settled this matter subject to a confidential Settlement Agreement, hereby stipulate to the dismissal of this case with prejudice. Pursuant to a confidential Settlement Agreement between the parties, Magistrate Judge David Novak, or his successor(s) in the United States District Court for the Eastern District of Virginia, shall retain exclusive jurisdiction over disputes between the parties as agreed by the parties in the confidential Settlement Agreement.

Finding it just and proper to do so, it is hereby ORDERED, that this matter, including the complaint, all claims asserted therein, and all counterclaims, be and the same are hereby dismissed with prejudice, with each party to bear its own costs and expenses. It is further ORDERED that Magistrate Judge David Novak, or his successor(s) in the United States District Court for the Eastern District of Virginia, shall retain exclusive jurisdiction over disputes between the parties as agreed by the parties in the confidential Settlement Agreement.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated: Dec 18, 2012
Richmond, Virginia

/s/
Henry E. Hudson
United States District Judge

WE ASK FOR THIS:

_____
Christopher C. Spencer (VSB # 21878)
Direct Dial: 804.285.5220
Email: cspencer@ohaganspencer.com
Sandra M. Holleran (VSB No. 28808)
Direct Dial: 804.285.5222
Email: sholleran@ohaganspencer.com
O'Hagan Spencer LLP
6806 Paragon Place, Suite 200
Richmond, VA 23230
Telephone: 804.285.5200
Facsimile: 804.285.5210
*Counsel for Plaintiff
BFJ Holdings, Inc. D/B/A Capri Jewelers*

Ian D. Titley (VSB No. 27531)
Schroder Fidlow, PLC
1901 E. Franklin Street, Suite 107
Richmond, VA 23233
Telephone: 804.364.0405
Facsimile: 800.906.7542
Email: idt@schroderfidlow.com
*Counsel for Plaintiff
BFJ Holdings, Inc. D/B/A Capri Jewelers*

2

*[signature]*

Michael W. Smith, Esq. (VSB No. 01125)
R. Braxton Hill, Esq. (VSB No. 41539)
Nichole Buck Vanderslice, Esq. (VSB No. 42637)
Christian & Barton, LLP
909 E. Main Street, Suite 1200
Richmond, VA 23219
Telephone: 804.697.4100
Facsimile: 804.697.4112
msmith@cblaw.com
bhill@cblaw.com
nvancerslice@cblaw.com
*Counsel for Defendants*
*Diamonds Direct USA, Inc., Diamonds Direct USA of Richmond, LLC and Itay Berger*

Raboteau T. Wilder, Esq.
(not admitted in Virginia)
Jackson R. Price, Esq.
(not admitted in Virginia)
Womble Carlyle Sandridge & Rice, PLLC
3500 One Wachovia Center
301 South College Street
Charlotte, NC 28202
Telephone: 704.331.4900
Facsimile: 704.338.7855
rwilder@wcsr.com
japrice@wcsr.com
*Counsel for Defendants*
*Diamonds Direct USA, Inc., Diamonds Direct USA of Richmond, LLC and Itay Berger*